IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                )
                                                      )   Case No. 13-25338 CMB
    Marie Millicent Whaley,              )   Chapter 13
                                                      )   Docket No.
       *Debtor*                            )
                                                      )
    Marie Millicent Whaley,              )
                                                      )
       *Movant*                            )
                                                      )
    *No Respondent(s)*                   )

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 6, 2018 at docket number 54, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

<u>November 10, 2018</u>                                          /s/ Marie Millicent Whaley
Date                                                                        Debtor


_____                          _____
Date                                                                        Debtor

                                       Respectfully submitted,

<u>November 14, 2018</u>                 <u>/s/ Kenenth Steidl        </u>
DATE                                   Kenneth Steidl, Esquire
                                       Attorney for the Debtor

                                       STEIDL & STEINBERG
                                       707 Grant Street
                                       Suite 2830, Gulf Tower
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       [Ken.steidl@steidl-steinberg.com](mailto:Ken.steidl@steidl-steinberg.com)
                                       PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**