**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　MARIE MILLICENT WHALEY<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>MARIE MILLICENT WHALEY<br><br>　　Respondents | Case No.13-25338CMB<br><br>Chapter 13<br><br>Document No. 56 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___14th___ day of __December__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc Passavant
Attn: Payroll Manager
9100 Babcock Blvd
Pittsburgh,PA 15237

is hereby ordered to immediately terminate the attachment of the wages of MARIE MILLICENT WHALEY, social security number XXX-XX-8316. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARIE MILLICENT WHALEY.

*Carlota M. Böhm*
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/14/18 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: Debtor(s)
　Debtor(s) Attorney
　Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 13-25338-CMB
Marie Millicent Whaley                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1            Date Rcvd: Dec 14, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db        +Marie Millicent Whaley,   4145 Glasgow Road,   Valencia, PA 16059-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
          +E-mail/Text: BankruptcyNotice@upmc.edu Dec 15 2018 02:34:35     UPMC Passavant,
           Attn: Payroll Manager,   9100 Babcock Blvd,   Pittsburgh, PA 15237-5815
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GCAT Management Services 2015-13 LLC
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Wells Fargo Bank, N.A. andygornall@latouflawfirm.com
              Chrisovalanate P. Fliakos    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              James  Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Marie Millicent Whaley julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Matthew John McClelland    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 9