**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARIE MILLICENT WHALEY

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-25338

Chapter 13

Related to: Document No. 61

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___29th___ day of ___March___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/29/19 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 13-25338-CMB
Marie Millicent Whaley                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala                Page 1 of 1              Date Rcvd: Mar 29, 2019
                              Form ID: pdf900           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
```
db            +Marie Millicent Whaley,    4145 Glasgow Road,    Valencia, PA 16059-1725
cr            +Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
14249084      +GCAT Management Services 2015-13, LLC,    1209 Orange Street,    Wilmington, DE 19801-1120
14249090       MTGLQ Investors, LP,    Rushmore Loan Management Services,    P.O. Box 52708,
                Irvine, CA 92619-2708
13782623      +Phelan Hallinan,    1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
13860385      +WELLS FARGO BANK, N.A.,    ATTN: BANKRUPTCY DEPT,    MAC # D3347-014,    3476 STATEVIEW BOULEVARD,
                FORT MILL, SC 29715-7203
13771899      +Wells Fargo Home Mortgage,    c/o Phelan Hallinan, Allison Zuckerman,
                One Penn Center at Suburban Station,    1617 John F. Kennedy Boulevard,
                Philadelphia, PA 19103-1821
13771898      +Wells Fargo Home Mortgage,    One Home Campus,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13782624      +E-mail/PDF: pa_dc_claims@navient.com Mar 30 2019 02:52:04     Sallie Mae,   P.O. Box 9500,
                Wilkes Barre, PA 18773-9500
13848006       E-mail/PDF: pa_dc_claims@navient.com Mar 30 2019 02:51:06     Sallie Mae,   P.O. Box 9640,
                Wilkes-Barre, PA 18773-9640
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GCAT Management Services 2015-13 LLC
cr              MTGLQ Investors, LP
cr              Wells Fargo Bank, N.A.
13782625*     +Wells Fargo Home Mortgage,    One Home Campus,    Des Moines, IA 50328-0001
13782626*     +Wells Fargo Home Mortgage,    One Home Campus,    Des Moines, IA 50328-0001
                                                                                   TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Wells Fargo Bank, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    GCAT Management Services 2015-13 LLC
               andygornall@latouflawfirm.com
              Chrisovalanate P. Fliakos    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Marie Millicent Whaley julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Matthew John McClelland    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9
```